**400 A.2d 615**

Gerald Dippel et ux. v. Presty, Appellant.

Argued December 4, 1978. Thomas J. Hanlon, for appellant; Eugenia G. Goldenziel, for appellees.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.